1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  VICTOR M. CHAVEZ, Bar #113752
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  ANGEL REYNOSO-BRIANO

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO. 1:06-cr-0307 LJO
                                       )
12            *Plaintiff,*             )   STIPULATION TO CONTINUE STATUS
                                       )   CONFERENCE HEARING; AND  ORDER
13       v.                            )   THEREON
                                       )
14  ANGEL REYNOSO-BRIANO,              )   Date:   January 25, 2008
                                       )   Time:   9:00 a.m.
15            *Defendant.*             )   Judge: Hon. Lawrence J. O'Neill
                                       )
16  _____)

17

18        **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

19  counsel, that the status conference hearing in the above-referenced matter, now set for December 21, 2007,

20  may be continued to **January 25, 2008, at 9:00 a.m.**

21        This continuance is sought at the request of defense counsel as there is nothing else to be

22  accomplished on December 21, 2007.  The defendant has received  a plea offer and it will be necessary to

23  conduct some investigation in order to evaluate the offer.  January 25, 2008 is the date agreed upon by the

24  parties.

25        The parties also agree that any delay resulting from this continuance shall be excluded in

26  ///

27  ///

28  ///

1  the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

2                                                          McGREGOR W. SCOTT
                                                          United States Attorney

3

4  DATED:  December 19, 2007                    By /s/ Ian Garriques
                                                          IAN GARRIQUES
5                                                          Assistant U.S. Attorney
                                                          Attorney for Plaintiff
6

7                                                          DANIEL J. BRODERICK
                                                          Federal Public Defender
8

9  DATED:  December 19, 2007                    By  /s/ Victor M. Chavez
                                                          VICTOR M. CHAVEZ
10                                                         Assistant Federal Defender
                                                          Attorney for Defendant
11                                                         Angel Reynoso-Briano

12

13

14

15

16

17                              **O R D E R**

18

19

20

21

22

23

24  IT IS SO ORDERED.

25  **Dated:    December 19, 2007**                    /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE
26

27

28

Stipulation to Continue Status Conference Hrg